UNITED STATES DISTRICT COURT

FILED ___ LODGED
___ RECEIVED ___ COPY

APR 0 9 2021

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

Wanda Waldon

      Plaintiff,

Vs

US Bank

      Defendant,

**CV21-00614-PHX-DLR**

Complaint

US Bank is being sued for $30, 014, 714.70 plus $14, 714.70 for each day that I don't have access to my money. The defendant has breached an implied contract. US bank is also guilty of theft, fraud, and extortion. I am suing for emotional and mental anguish, pain and suffering and punitive damages.

I have made several attempts to get US Bank to release my money and failed. I went into US Bank located in Safeway on 16th and Southern in Phoenix, Arizona and they said that I did not have a bank account with them that they only issue the card so they could not help me. I called customer service on the back of the card and I was told that my account had been restricted. I was told that I had to summit and a copy of the front and back of my id and then take a selfie and send it to them. I tried to do it, but each time it would say out of focus or there was a glare each time not accepting my attempts to submit the id in desperation. Which is a violation of my privacy. I called again and asked for a hard copy of my balance, I was told they could not give it to me and that I would have to create an account on line to get it so I did and was not successful.

So a lawsuit was filed in this matter to grant relief for the plaintiff.

*Wanda Waldon*
Wanda Waldon

Date: *April 9, 2021*

P. O. BOX 82941

Phoenix, Arizona 85071

I certify a copy was mailed to:

US Bank

425 Walnut St.

Cincinnati, Oh 45202

By *Wanda Waldon*

Wanda Waldon

Date: April 9, 2021

P. 0. BOX 82941

Phoenix, Arizona 85071

Exhibit

A



# Allpoint

| Date | Time | Terminal |
|---|---|---|
| 04/06/2021 | 19:23 | KRA80008 |

3431 Wthunderbird Rd
Phoenix, AZ 85053
Sequence#                                          4308

Card Number              ************3551

Checking Account           **********

Balance                    Not Available

Exhibit

B

9:11   ⏰ ⁴ᵍ �.ıl 75% ▋

✕   🔒 **usbank**
    verify.usbank.com      🔖   ⤶   ⋮



# Welcome

For your protection a fraud block has been placed on your account.

By providing a picture of your government issued ID (driver's license, state ID, or passport) and a photo of yourself (selfie), we can verify your identity.

Please sign in using the name and zip code associated with your account.

First Name

Last Name

ZIP Code

## Start

Exhibit C



Exhibit
D



Exhibit E



Waiting on your new ReliaCard?
You can check when the card
was processed and mailed.

**Visit my card status >**



## FAQs
The safe choice for government
disbursements

**Get your questions answered >**



## Mobile app
Search "U.S. Bank ReliaCard"
for Apple or Android phones

**Download today >**



## Card inquiry
Didn't apply for benefits, but
received a card in the mail?

**Report it here >**

The ReliaCard® is issued by U.S. Bank National Association pursuant to